**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LUSKY E. ABHIVA,<br><br>                                *Debtor*. | Chapter 13<br><br>Case No. 17-23263 (RDD) |

**CERTIFICATE OF SERVICE**

1.  I, Gary O. Ravert, am not a party to the above-captioned action, am over 18 years of age, and reside in Brooklyn, New York.

2.  On January 14, 2018, by the means indicated below, I served each of the entities on the attached Service List below in the manner indicated therein with a true and correct copy of the *MOTION OF 3394 3rd Avenue LLC TO DISMISS CHAPTER 13 CASE PURSUANT TO SECTION 109(e) OF THE BANKRUPTCY CODE* [Docket No. 22] served in the above-captioned case on behalf of 3394 3rd Avenue LLC.

Dated: January 14, 2018　　　　　　　　　　RAVERT PLLC
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/Gary O. Ravert

**SERVICE LIST (Via Email and ECF)**

Michael A. Koplen on behalf of Debtor Lusky E. Abhiva (Atty@KoplenLawFirm.com, koplenecfmail@gmail.com;esty@koplenlawfirm.com;r63002@notify.bestcase.com )

Adam J. Friedman on behalf of Creditor Fay Servicing LLC (bankruptcy@friedmanvartolo.com )

Richard Mullen on behalf of Creditor Wells Fargo Bank, N.A. as servicing agent for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE5, Asset Backed Pass-Through Certificates  (rmullen@woodsoviatt.com, bkinbox@woodsoviatt.com )

Jeffrey L. Sapir-13 (info@sapirch13tr.com )

- 2 -

United States Trustee (USTPRegion02.NYECF@USDOJ.GOV)

**VIA US MAIL:**

Lusky E. Abhiva
65 Camphill Road
Pomona, NY 10970-3201

Fay Servicing LLC
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, NY 10003

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449

Wells Fargo Bank, N.A. as servicing agent
|c/o Woods Oviatt Gilman LLP
700 Crossroads Building|2 State Street
Rochester, NY 14614-1313

3394 3RD AVENUE,
C/O LAW OFFICE OF SAMUEL KATZ
4533 16TH AVE
BROOKLYN, NY 11204-1102

ANTONELLA CAFARO
C/O HARRY ZUBLI ESQ
1010 NORTHERN BLVD., SUITE 310
GREAT NECK, NY 11021-532

AR RESOURCES INC.
PO BOX 1056
BLUE BELL, PA 19422-0287

CHASE MTG
10790 RANCHO BERNARDO RD
SAN DIEGO, CA 92127-5705

CON EDISON COMPANY
C/O RUI CREDIT SERVICES
P.O BOX 1349
MELVILLE, NY 11747-0421

CONSOLIDATED EDISON COMPANY OF NEW YORK
BANKRUPTCY GROUP
4 IRVING PLACE ROOM 1875-S
NEW YORK, NY 10003-3502

EDWARD PRYOR, ESQ.

- 3 -

1925 WILLIAMSBRIDGE ROAD
BRONX, NY 10461-1604

GOOD SAMARITAN HOSPITAL
255 LAFAYETTE AVE
SUFFERN, NY 10901-4869

HENRY KATZ MD
1254 CENTRAL PARK AVE
YONKERS, NY 10704-1059

HOWARD VARGAS
79 MEADOWLAND STREET
DELMAR, NY 12054-2624

HUDSON VALLEY BRAIN & SPINE
222 ROUTE 59, SUITE 205
SUFFERN, NY 10901-5206

IC SYSTEMS, INC.
444 HIGHWAY 96 EAST
PO BOX 64887
SAINT PAUL, MN 55164-0887

LINEBARGER GOGGAN BLAIR ET AL
61 BROADWAY SUITE 2600
NEW YORK, NY 10006-2840

LP GUTWEIN AND RA SABLE MD PC
3765 RIVERDALE AVE, SUITE7
BRONX, NY 10463-1845

MIRAMED REVENUE GROUP LLC,
P.O BOX 536
LINDEN, MI 48451-0536
NEW YORK CITY ENVIRO CONTROL C/O LINEBARGER GOGGAN
61 BROADWAY SUITE 2600
NEW YORK, NY 10006-2840

NOSAKHARE IRENE EBOHON
65 CAMPHILL ROAD
POMONA, NY 10970-3201

NYS THRUWAY
VIOLATIONS PROCESSING CENTER
PO BOX 15186
ALBANY, NY 12212-5186

New York State Thruway Authority
200 Southern Boulevard
Albany, NY 12209-2098
PHYSICAL MEDICINE AND REHAB
500 GRAND AVE SUITE 100
ENGLEWOOD, NJ 07631-4968

- 4 -

U.S. ROF IV Legal Title Trust 2015-1
c/o Fay Servicing, LLC
3000 Kellway Dr., Suite 150
Carrollton, TX 75006-3357

VERICREST
PO BOX 24610
OKLAHOMA CITY, OK 73124-0610

WELLS FARGO
PO BOX 14547
DES MOINES, IA 50306-3547

Wells Fargo Bank, N.A. as servicing agent
Default Document Processing

MAC# N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Woods Oviatt Gilman, LLP
Attorneys for Wells Fargo Bank, N.A.
700 Crossroads. Building 2, State Street
Rochester, NY 14614-1327